UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:18–cv–00190–JVS–KES | Date | 12/17/2018 |
| Title | NICHOLAS VAN BURREN V. ENVII, INC. ET AL | | |

Present: The Honorable   James V. Selna , U. S. District Judge

| Karla Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Brian Kinder | No Appearance |

**Proceedings:**   Plaintiff's Application for Default Judgment

    Cause called and counsel make their appearances. The Court's tentative ruling is issued. The Court and counsel confer. The Court GRANTS IN PART the Plaintiff's application for default judgment and rules in accordance with the tentative ruling attached. The Court directs the plaintiff to file the indicated supplemental declaration within 10 days.

:02

Initials of Preparer:  kt