UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS VAN BURREN, a Colorado citizen,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ENVII, INC., a California corporation, and DOES 1 - 100,<br><br>　　　　Defendants. | Case No.: 8:18−cv−00190−JVS−KES<br><br>**JUDGMENT, PERMANENT INJUNCTION AND ORDERS AGAINST DEFENDANT ENVII, INC.** |

## JUDGMENT, PERMANENT INJUNCTION AND ORDERS

On March 27, 2019, application for default judgment against Defendant Envii, Inc. ("Defendant") was approved and entered by this Court in favor of Plaintiff Nicholas Van Burren ("Plaintiff") as follows:

THE COURT HEREBY FINDS THAT:

1. Defendant Envii, Inc. ("Defendant") has been properly served;

2. Default was properly entered against Defendant on August 20, 2018;

3. Plaintiff Nicholas Van Burren ("Plaintiff") is deemed the prevailing party on his second, third and fourth causes of action against Defendant Envii, Inc. ("Envii") for Federal Trademark Infringement (15 U.S.C. § 1114), Federal False Designation Of Origin (15 U.S.C. § 1125(A)); and California Common Law Trademark Infringement;

4. Defendant's use of the following confusingly similar trademarks infringe upon Plaintiff's ENVY® trademark:



| ENVII | VENVII |
|---|---|
| Complaint, ¶ 32 | Complaint, ¶ 33 |
| | |
| Complaint, ¶ 33 | Complaint, ¶ 33 |
| | |
| Complaint, ¶ 34 | |

5. Defendant's conduct was willful and Plaintiff is entitled to treble damages;

6. Defendant's conduct was "exceptional" under the Lanham Act, and Plaintiff is entitled to an award of attorneys' fees and costs;

JUDGMENT, PERMANENT INJUNCTION AND ORDERS AGAINST DEFENDANT ENVII, INC.
*Case. No. 8:18-cv-00190-JVS-KES*

1

7. The questions presented in this case required specialized knowledge of intellectual property and Internet law, a high degree of legal skill was required to perform the legal services requested;

8. The time spent on this case by Plaintiff's attorneys is reasonable;

9. The rates charged by Plaintiff's attorney is reasonable as are their total fees;

10. Plaintiff is entitled to damages for corrective advertising;

11. Plaintiff is entitled to a permanent injunction against Defendant.

ACCORDINGLY, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Default Judgment, Award of Attorneys' Fees and Costs, Damages, and Permanent Injunction is hereby GRANTED;

IT IS FURTHER ORDERED that default judgment is entered in favor of Plaintiff and against Defendant in the amount of **$16,895.20** in attorneys' fees and **$868.82** in costs pursuant to the Lanham Act;

IT IS FURTHER ORDERED that default judgment is entered in favor of Plaintiff and against Defendant in the amount of $376,259.00 for corrective advertising pursuant to the Lanham Act and that such amount be trebled for a total of **$1,128,777.00**;

IT IS FURTHER ORDERED that default judgment is entered in favor of Plaintiff and against Defendant in the form of a permanent injunction as follows: Defendant Envii and its agents, employees, and representatives, are permanently restrained, enjoined, and prohibited from any use of the ENVY trademark or use of any other variations thereof, and from posting content, distributing, importing, exporting, advertising, promoting, selling, offering for sale, and in any way using any trademarks, service marks or devices in the United States which use or incorporate or that are identical or confusingly similar to the ENVY Trademark, including, without limitation, those set forth in paragraph 4 above.

JUDGMENT, PERMANENT INJUNCTION AND
ORDERS AGAINST DEFENDANT ENVII, INC.
*Case. No. 8:18-cv-00190-JVS-KES*

2

1  IT IS FURTHER ORDERED Plaintiff is awarded post-judgment interest on all unsatisfied amounts owed by Defendants under this Judgment, as well as recovery of all costs and fees incurred in execution of, enforcement and collection of this Judgment.

IT IS SO ORDERED.

June 04, 2019
Dated

The Hon. James V. Selna
U.S. District Court Judge

JUDGMENT, PERMANENT INJUNCTION AND
ORDERS AGAINST DEFENDANT ENVII, INC.
Case. No. 8:18-cv-00190-JVS-KES

3